## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA, GEORGIA

| | | |
|---|---|---|
| RBW LOGISTICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action File No. |
| ARGLASS YAMAMURA SE, LLC | ) | 7:22-cv-00059-HL |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ARGLASS YAMAMURA SE, LLC'S CORPORATE DISCLOSURE STATEMENT

Under Local Rule 87.1, Defendant Arglass Yamamura SE, LLC ("Arglass")

files this Disclosure Statement and states as follows:

1.     Arglass is a Delaware limited liability company.

2.     The sole member of Arglass is another Delaware limited liability company,

Arglass Yamamura, LLC.

3.     Arglass Yamamura, LLC has two members, YGQ California, Inc. and

Cambium Arglass, LLC.

4.     YGQ California, Inc. is a California corporation. YGQ California, Inc. is

100% owed by Nihon Yamamura Glass Co., Ltd.

5.     Cambium Arglass LLC is a Delaware limited liability company with eight

members, José de Diego-Arozamena, the Andrew J. Astrachan Trust, Marc Utay,

the Utay Family Trust, Cathy Daniels, Bob Ezrin, Robert Friedman, and José M.

#3395698v1

Ruiz Luque. None of the members of Cambium Arglass LLC are an incorporated entity.

6.    No publicly held company owns 10% or more of the Arglass's stock.

7.    TSCC Packing, LLC is a wholly owned subsidiary of Arglass Yamamura SE, LLC.

Respectfully submitted, this 29th day of June, 2022.

BONDURANT, MIXSON & ELMORE, LLP

*/s/ Frank M. Lowrey*
Frank M. Lowrey IV
Georgia Bar No. 410310
Fredric J. Bold, Jr.
Georgia Bar No. 544604
Megan E. Cambre
Georgia Bar No. 167133
1201 W. Peachtree Street, NW
Suite 3900
Atlanta, Georgia 30309
Telephone (404) 881-4100
Facsimile (404) 881-4111
*lowrey@bmelaw.com*
*bold@bmelaw.com*
*cambre@bmelaw.com*

*Attorneys for Defendant Arglass Yamamura SE, LLC*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this day, I have electronically filed the foregoing

**<u>ARGLASS YAMAMURA SE, LLC'S CORPORATE DISCLOSURE</u>**

**<u>STATEMENT</u>** via CM/ECF, which will cause a copy to be sent to Plaintiff's

counsel as follows:

> Jason Pedigo
> ELLIS PAINTER
> P.O. Box 9946
> Savannah, GA  31412
> *pedigo@ellispainter.com*

This 29th day of June, 2022.

> */s/ Frank M. Lowrey*
> Frank M. Lowrey IV
> Georgia Bar No. 410310

#3395698v1