## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA, GEORGIA

RBW LOGISTICS CORPORATION,

    Plaintiff,

    v.

ARGLASS YAMAMURA SE, LLC,

    Defendant.

CIVIL ACTION
FILE NO. 7:22-cv-00059-HL

## <u>STATUS REPORT FOLLOWING MEDIATION</u>

Plaintiff RBW Logistics Corporation ("RBW") and Defendant/Counter-Plaintiff Arglass Yamamura SE, LLC ("Arglass") respectfully provide this status report as directed by the Court's December 21, 2022 Order.  Dkt. 24.

This Court stayed all deadlines in this case until March 15, 2023 so that the parties could mediate.  *Id.*

On February 22, 2023, the parties mediated the dispute before Hon. Gino M. Brogdon, Sr. in Atlanta, GA.  The parties were unable to reach an agreement arising out of that mediation.

Therefore, and consistent with this Court's December 21 Order, the parties are filing their Proposed Scheduling/Discovery order by March 15, 2023, and this case will proceed.

Respectfully submitted this 15th day of March, 2023.

#3516502v1

_/s/ Eric J. Meyers_
Eric J. Meyers
(admitted pro hac vice)
Kevin M. Phillips
(admitted pro hac vice)
Scopelitis, Garvin, Light, Hanson &
Feary, P.C.
30 W. Monroe St., Ste. 1600
Chicago, IL 60603
Tel: (312) 255-7200
FAX: (312) 422-1224
kphillips@scopelitis.com

Brantley C. Rowlen
Lewis, Brisbois, Bisgaard & Smith LLP
24 Drayton Street
Suite 300
Savannah, GA 31401
Tel: (404) 348-8585
Fax: (912) 525-4961
Brantley.Rowlen@lewisbrisbois.com

Loren R. Ungar
Lewis, Brisbois, Bisgaard & Smith LLP
2929 North Central Avenue
Suite 1700
Phoenix, Az 85012
Loren.Ungar@lewisbrisbois.com

Jason C. Pedigo
Ellis Painter
7E Congress St.
2nd Floor
Savannah, GA 31401
pedigo@ellispainter.com

_Counsel for RBW Logistics Corporation_

_/s/ Fredric J. Bold, Jr._
Frank Lowrey, IV
lowrey@bmelaw.com
Fredric J. Bold, Jr.
bold@bmelaw.com
Megan Cambre
cambre@bmelaw.com
E. Allen Page
page@bmelaw.com
Bondurant, Mixson & Elmore, LLP
1201 W. Peachtree St. NW. Ste. 3900
Atlanta, GA 30309
Tel: (404) 881-4158
FAX: (404) 881-4100

_Counsel for Arglass Yamamura SE, LLC_

#3516502v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2023, I caused to be electronically filed the foregoing **STATUS REPORT FOLLOWING MEDIATION** with the Clerk of Court using the Court's electronic filing system, which will automatically send email notification of such filing to all attorneys of record:

This 15th day of March, 2023.

*/s/ Fredric J. Bold, Jr.*
Fredric J. Bold, Jr.
Georgia Bar No. 544604

#3516502v1