# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA, GEORGIA

| | |
|---|---|
| RBW LOGISTICS CORPORATION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ARGLASS YAMAMURA SE, LLC )<br>)<br>Defendant. )<br>_____ ) | Civil Action File No.<br>7:22-cv-00059-HL |

## COUNSEL FOR ARGLASS YAMAMURA, LLC'S
## NOTICE OF WITHDRAWAL

**BONDURANT, MIXSON & ELMORE, LLP**

Frank M. Lowrey IV
Fredric J. Bold, Jr.
Megan E. Cambre
E. Allen Page
3900 One Atlantic Center
1201 West Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel. (404) 881-4100
Fax (404) 881-4111

*Attorneys for Arglass Yamamura SE, LLC*

Under M.D.G.A. Local Rule 83.1.4, current counsel for Defendant / Counter-Claimant Arglass Yamamura SE, LLC ("Arglass"), including attorneys Frank M. Lowrey IV, Fredric J. Bold, Jr., Megan E. Cambre, and E. Allen Page, respectfully notify the Court of their withdrawal from representation in this matter. Substitute counsel from Greenberg Traurig, LLP has prior to or contemporaneous with this withdrawal entered their appearance on behalf of Arglass in this matter.

Respectfully submitted, this 13th day of June, 2023.

*/s/ Fredric J. Bold, Jr.*
Frank M. Lowrey IV, Ga. Bar No. 410310
Fredric J. Bold, Jr., Ga. Bar No. 544604
Megan E. Cambre, Ga. Bar No. 167133
E. Allen Page, Ga. Bar No. 640163
**BONDURANT, MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 West Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel. (404) 881-4100
Fax (404) 881-4111
lowrey@bmelaw.com
bold@bmelaw.com
cambre@bmelaw.com
page@bmelaw.com

*Attorneys for Arglass Yamamura SE, LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that on this day, I have electronically filed the foregoing **COUNSEL FOR ARGLASS YAMAMURA, LLC'S NOTICE OF WITHDRAWAL** via CM/ECF, which will cause a copy to be sent to all counsel of record.

This 13th day of June, 2023.

                                                      */s/ Fredric J. Bold, Jr.*
                                                      Fredric J. Bold, Jr.