IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA, GEORGIA

CIVIL ACTION FILE NO. 7:22-cv-00059-HL

RBW LOGISTICS CORPORATION,

      Plaintiff,

v.

ARGLASS YAMAMURA SE, LLC,

      Defendant.

_____/

## JOINT STATUS REPORT AND MOTION
## FOR FOURTEEN-DAY EXTENSION OF STAY

Plaintiff/Counter-Defendant RBW Logistics Corporation ("RBW") and Defendant/Counter-Plaintiff Arglass Yamamura SE, LLC ("Arglass") (collectively, "the Parties"), pursuant to this Court's June 20, 2023 Order To Stay Proceedings (ECF No. 43) and pursuant to this Court's August 14, 2023 Order granting an Extension of Time (ECF No. 50), respectfully submit this Joint Status Report and Motion for a Fourteen (14) day Extension of Stay.

1. The Parties are pleased to inform the Court that they believe they have reached an agreement in principle. Because the agreement involves the sale of certain equipment, the Parties need a short period of time to confirm that they have fully and properly identified all the equipment (and related software) that is being transmitted.

2.      The Parties request the Court's June 20, 2023 stay be extended an additional fourteen days, until September 7, 2023. This will allow the Parties to itemize the equipment and software and to draft and sign a long-form definitive settlement agreement. The Parties anticipate that they can complete those tasks within fourteen (14) days. For that reason, the Parties request that this matter remain stayed.

WHEREFORE, RBW and Arglass jointly submit this status report and motion for an extension of stay, and respectfully request that the Court enter an Order: (1) granting their Joint Motion for a Fourteen-Day Extension of Stay; (2) staying this litigation, including all pretrial and discovery deadlines, to and through September 7, 2023; and (3) requiring the Parties to file a joint status report no later than September 8, 2023, advising the Court on whether a signed settlement agreement has been executed.

Respectfully submitted this 23rd day of August, 2023.

| | |
|---|---|
| SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY P.C. | GREENBERG TRAURIG LLP |
| | */s/ William Eye* |
| */s/   Eric Meyers* | Eva M. Spahn Georgia Bar No. 995675 |
| Kevin M. Phillips (pro hac vice) | William E. Eye Georgia Bar No. 688914 |
| Eric J. Meyers (pro hac vice) | 3333 Piedmont Road NE, Suite 2500 |
| 30 W. Monroe St., Suite 1600 | Atlanta, Georgia 30305 |
| Chicago, IL 60603 | Telephone: (678) 553-2100 |
| Telephone: (312) 255-7200 | Facsimile: (678) 553-2212 |
| kphillips@scopelitis.com | Eva.Spahn@gtlaw.com |
| emeyers@scopelitis.com | eyew@gtlaw.com |
| *Attorneys for RBW Logistics Corp.* | *Attorneys for Arglass Yamamura SE, LLC* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 23, 2023, I caused to be electronically filed the foregoing **JOINT STATUS REPORT AND MOTION FOR FOURTEEN-DAY EXTENSION OF STAY** with the Clerk of Court using the Court's electronic filing system, which will automatically send email notification of such filing to all attorneys of record.

This 23rd day of August, 2023.

*/s/ Eric Meyers*
Eric J. Meyers (pro hac vice)